DAVID ADRESS et al., as Administrators of the Estate of BERTHA ADRESS, Respondents, *v.* NICHOLAS MORMANDO, Defendant, and REGENT CONSTRUCTION CO., INC., Appellant.

(Argued June 10, 1935; decided July 11, 1935.)

588

*Clarence S. Zipp* and *James B. Henney* for appellant.
*Samuel Hart* and *Charles Levy* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.